**Electronically Filed
Supreme Court
SCPW-16-0000391
04-AUG-2016
10:39 AM**

SCPW-16-000391

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RONALD G.S. AU, Petitioner,

vs.

THE HONORABLE RHONDA NISHIMURA, CIRCUIT COURT, FIRST CIRCUIT,

Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Ronald G.S. Au's petition for a writ of mandamus, filed on May 11, 2016, the July 11, 2016 submission, the documents attached thereto and submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai'i, August 4, 2016.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

